UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UMG Recordings, Inv.,

          Plaintiffs,

    v.

WILLIAM WARD,

          Defendant.

NO.  CIV-S-05-1284 WBS JFM

ORDER

----oo0oo----

Defendant William Ward is proceeding pro se in this matter.  Therefore, in accordance with Local Rule 72-302(c)(21), this case is hereby referred to the assigned magistrate judge, John F. Moulds, for all further proceedings consistent with the provisions of the rule.  Accordingly, all currently scheduled dates in the above-captioned matter is VACATED.

        IT IS SO ORDERED.

DATED: September 19, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE