IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UMG RECORDINGS, INC., etc., et al., | | |
| | Plaintiffs, | No. CIV S-05-1284 WBS JFM PS |
| vs. | | |
| WILLIAM WARD, | | |
| | Defendant. | ORDER |
| _____/ | | |

A status conference was held in this matter on October 13, 2005, at 11:00 a.m. in courtroom # 26. Andrew L.Y. Chang appeared for plaintiffs. Defendant William Ward appeared in propria persona. Upon consideration of the status reports on file in this action, discussion of defendant and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. The parties shall exchange lists of expert witnesses no later than ninety days before trial. Fed. R. Civ. P. 26(a)(2)(C). The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 31, 2006.

3.  Dispositive motions shall be noticed to be heard by April 4, 2006.

4.  The pretrial conference is set for July 27, 2006 at 1:30 p.m. in courtroom #26 before the undersigned.  Pretrial statements shall be filed pursuant to Local Rule 16-281.

5.  Jury trial of this matter is set for October 24, 2006 at 9:00 a.m. in courtroom #5 before the Honorable William B. Shubb.  The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED: October 13, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; umg.oasc

2