IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., etc., et al.,

    Plaintiffs,               No. CIV S-05-1284 WBS JFM PS

    vs.

WILLIAM WARD,

    Defendant.              AMENDED ORDER[1]

_____/

        A status conference was held in this matter on October 13, 2005, at 11:00 a.m. in courtroom # 26.  Andrew L.Y. Chang appeared for plaintiffs.  Defendant William Ward appeared in propria persona.  Upon consideration of the status reports on file in this action, discussion of defendant and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1.  Initial discovery disclosures under Fed. R. Civ. P. 26(a) shall be made by October 27, 2005;

        2.  Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 31, 2006.

---

[1] The October 14, 2005 order is superseded by this order which includes specific expert witness deadlines.

1

3.  Dispositive motions shall be noticed to be heard by April 4, 2006.

4.  Expert testimony pursuant to 26(a)(2) shall be completed by March 10, 2006; rebuttal expert disclosure shall be made by March 24, 2006.  Expert discovery shall be completed by May 5, 2006.  The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

5.  The pretrial conference is set for July 27, 2006 at 1:30 p.m. in courtroom #26 before the undersigned.  Pretrial statements shall be filed pursuant to Local Rule 16-281.

6.  Jury trial of this matter is set for October 24, 2006 at 9:00 a.m. in courtroom #5 before the Honorable William B. Shubb.  The parties shall file trial briefs pursuant to Local Rule 16-285.

DATED:  November 4, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; umg.oasc2